ACCEPTED
01-15-00052-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
5/6/2015 11:07:03 AM
CHRISTOPHER PRINE
CLERK

NO. 01-15-00052-CV

IN THE COURT OF APPEALS
FOR THE FIRST DISTRICT
OF TEXAS AT HOUSTON

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS

5/6/2015 11:07:03 AM

CHRISTOPHER A. PRINE
Clerk

HARRIS COUNTY, TEXAS,
Appellant
v.

GERALD KNAPP & NARCISO AURIOLES,
Appellees

On Appeal from the 333rd Judicial District
Court of Harris County, Texas
Trial Court Cause No. 2012-20003

HARRIS COUNTY'S SECOND UNOPPOSED MOTION TO EXTEND
TIME IN WHICH TO FILE ITS BRIEF

TO THE HONORABLE COURT OF APPEALS:

Appellant, Harris County, Texas (the "County"), respectfully requests the Court to extend the time in which to file its Appellant's Brief in this cause under the authority of Rule 38.6(d) of the Texas Rules of Appellate Procedure, and in support of this motion it would show this Court the following:

1.      This is the Appellant's second request for an extension of time to file its brief.

2.      The Appellant's Brief was due on April 20, 2015.  This is not an accelerated or preferential appeal.

1

3.      The County is requesting an extension of thirty (30) days. A thirty-day extension would make the Appellant's Brief due on May 20, 2015.

4.      The undersigned has conferred with Mr. Lannie and Mr. Cersonsky, counsel for Appellees. Mr. Lannie is unopposed to this motion on the merits. Mr. Cersonsky is unopposed to this motion on the merits.

5.      Counsel for the County has been dealing with a particularly high volume of cases over the past few months. Moreover, Counsel for the County missed nearly a week of the last briefing deadline due to sickness. Finally, Counsel for the County has begun researching the issues in this appeal, but has discovered several issues need research and possible briefing that he did not anticipate. That discovery has delayed the research and briefing process.

6.      Counsel for the County requests this extension because he needs more time to adequately brief the issues raised in this appeal. The undersigned understands the importance of deadlines and is not requesting this extension for reasons of delay.

WHEREFORE, PREMISES CONSIDERED, the County respectfully requests the Court to extend the time for filing its Appellant's Brief in this cause by thirty days, or until May 20, 2015.

Respectfully submitted,

OF COUNSEL:
VINCE RYAN

County Attorney
Harris County, Texas

*/s/ Michael R. Hull*
MICHAEL R. HULL
Senior Assistant County Attorney
SBN: 24003733
1019 Congress, 15th Floor
Houston, Texas 77002
(713) 274-5138 (telephone)
(713) 755-8828 (facsimile)
michael.hull@cao.hctx.net (e-mail)

ATTORNEY FOR APPELLANT
HARRIS COUNTY, TEXAS

## **CERTIFICATE OF CONFERENCE**

Pursuant to TEX. R. APP. P. 10.1(5), this is to certify that the undersigned attorney has conferred with Counsel for Appellees, Mr. Scott Lannie and Mr. James Cersonsky. Mr. Lannie is unopposed to this motion on the merits. Mr. Cersonsky is unopposed to this motion on the merits.

*/s/ Michael R. Hull*
MICHAEL R. HULL
Sr. Assistant County Attorney

**CERTIFICATE OF SERVICE**

I hereby certify that on this 6th day of May, 2015, a true and correct copy of the foregoing *Harris County's Second Unopposed Motion to Extend Time in which to File its Brief* was served via electronic service, on the following:

**Attorney for Plaintiff Knapp**
Scott C. Lannie
LAW OFFICES OF SCOTT C. LANNIE, P.C.
4000 Garth Road, Suite 150
Baytown, Texas  77521
(281) 303-8280 (facsimile)
sclannie@aol.com

**Attorney for Defendant Aurioles**
James A. Cersonsky
SOULE, BALDWIN & FANAFF
11200 Richmond, Suite 250
Houston, Texas  77082
(281) 752-6329 (facsimile)

*/s/ Michael R. Hull*
MICHAEL R. HULL
Sr. Assistant County Attorney